IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JOSEPH MCCORMACK,

    Plaintiff,                    No. CIV S-09-0452 LKK KJM P

    vs.

BOARD OF PRISON TERMS,

    Defendant.                 ORDER

_____/

        On February 23, 2009, the Magistrate Judge issued an order dismissing plaintiff's complaint with leave to file an amended complaint within thirty days. On March 13, 2009, plaintiff filed a document entitled "motion to vacate" which is being construed here as a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of February 23, 2009, is therefore untimely.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (Docket No. 20) is denied. Plaintiff is granted an additional 20 days from the date of this order to file an amended complaint, as instructed by the Magistrate Judge's February 23, 2009 order.

DATED: March 24, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT