IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JOSEPH McCORMACK,

    Plaintiff,      No. CIV S-09-452 LKK KJM P

  vs.

BOARD OF PRISON TERMS,

    Defendants.      FINDINGS & RECOMMENDATIONS

/

    By order filed February 23, 2009, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On March 25, 2009, plaintiff was given an additional twenty days in which to file his amended complaint. Both time periods have now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).

4 DATED: May 25, 2009.

_____
U.S. MAGISTRATE JUDGE